# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-46132-659 |
| RENEE A REDING | ) | Chapter 13 |
| | ) | |
| | ) | **Re:Objection to Claim 8 filed by** |
| | ) | **TIM & TERRI SMITH** |
| | ) | **Acct: 5270** |
| | ) | **Amount: $2,198.00** |
| **Debtor** | ) | **Response Due: November 03, 2015** |
| | ) | |

## TRUSTEE'S OBJECTION TO CLAIM 8

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of TIM & TERRI SMITH dated September 09, 2015, should be denied as filed because the claim doesn't specify whether it consists of pre-petition or post-petition payments.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: October 13, 2015

OBJCLM--JS

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

   The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of October 13, 2015.

                                                    /s/ John V. LaBarge, Jr.

RENEE A REDING                    TIM & TERRI SMITH
4325 ROBERT AVE                   808 WINTER LAKE CT
ST LOUIS, MO  63116               ST LOUIS, MO  63125-3287

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123