# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

| | |
|---|---|
| In Re: ) | HONORABLE Kathy A. Surratt-States |
| Renee Reding ) | |
| ) | Case No.: 15-46132-659 |
| Debtor, ) | |
| ) | Chapter: 13 #23 |
| Tim and Terri Smith ) | |
| Movant, ) | ORDER GRANTING RELIEF |
| ) | FROM AUTOMATIC STAY |
| v. ) | |
| ) | Hearing Date: February 1, 2016 |
| Renee Reding ) | Hearing Time: 10:00 AM |
| Respondent ) | |
| And ) | |
| John V. LaBarge ) | |
| Trustee ) | |

## ORDER GRANTING TIM AND TERRI SMITH'S MOTION FOR RELIEF FROM AUTOMATIC STAY

    Before the Court is the Motion of Tim and Terri Smith, Movants, for relief from the automatic stay. The Court having reviewed the Motion and the record as a whole and having found that good cause exists to grant the relief sought in the Motion:

    IT IS HEREBY ORDERED, that the automatic stay of 11 U.S.C. § 362 be and it is hereby terminated and annulled as to Movants, which is permitted to exercise its rights under state law to obtain rent and possession of the real property commonly known and numbered as 4325 Robert Avenue, St. Louis, Missouri 63116.

    The Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order. The Trustee is directed to resume payment on such claims on notification pursuant to L.R. 3021(A).

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: February 2, 2016
St. Louis, Missouri
jjh

Copies to:

Sean Paul, Attorney for Respondent Renee Reding
8917 Gravois Road
St. Louis, MO 63123

**Renee A. Reding**
4325 Robert Avenue
St Louis, MO 63116

John V. Labarge Jr.
P.O. Box 430908
St. Louis, MO 63143

**Andrew Lee Bolinger**
Bolinger Law Firm, LLC
14615 Manchester Road
Suite 102
Manchester, MO 63011

**Terri Smith**
808 Winter Lake Court
St. Louis, MO 63125

**Tim Smith**
808 Winterlake Ct
St Louis, MO 63125