UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 15-46132-659
RENEE A REDING )
4325 ROBERT AVE )
ST LOUIS, MO 63116 ) Chapter 13
)
           Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now JOHN V. LABARGE, JR., Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that he has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO 63123 | 2,801.25 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO 63123 | 1,121.75 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $160.25<br>INT RATE: 0.00 |
| FIRST FINANCIAL FEDERAL CU<br>1232 WENTZVILLE PKWY<br>WENTZVILLE, MO 63385 | 14,720.81 | 20/Secured - Motor Vehicle<br>ACCT: 0200<br>COMM: #1/100% 60MO/08 EDGE<br>REG PYMT: $276.12<br>INT RATE: 4.75 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | 0.00 | 30/Priority<br>ACCT: 5270<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| ANIC ENTERPRISES LLC<br>1 CAMPBELL PLAZA #1A-N<br>C/O SHER & SHABSIN PC<br>ST LOUIS, MO  63139 | 438.47 | 40/Unsecured<br>ACCT: 5352<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ARCHERFIELD FUNDING LLC<br>1 CAMPBELL PLAZA #1A-NORTH<br>C/O SHER & SHABSIN PC<br>ST LOUIS, MO  63139 | 4,059.63 | 40/Unsecured<br>ACCT: 9555<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COLLECTIONS BUREAU OF AMERICA<br>25954 EDEN LANDING RD<br>1ST FL<br>HAYWARD, CA  94545-3816 | 0.00 | 40/Unsecured<br>ACCT: 3014<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SOUTHFIELD APARTMENTS<br>12412 POWERSCOURT DR #225<br>C/O KENNETH J BINI LAW OFFC<br>ST LOUIS, MO  63131 | 3,565.00 | 40/Unsecured<br>ACCT: 0199<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CONSUMER COLLECTION MGMT<br>2333 GRISSOM DR<br>ST LOUIS, MO  63146-3322 | 0.00 | 40/Unsecured<br>ACCT: 9971<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| HUNTERS RIDGE APARTMENTS<br>12412 POWERSCOURT DR #225<br>C/O KENNETH J BINI LAW OFFC<br>ST LOUIS, MO  63131 | 427.53 | 40/Unsecured<br>ACCT: 9902<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CREDIT COLLECTION SVCS<br>PO BOX 9134<br>NEEDHAM, MA  02494-9134 | 0.00 | 40/Unsecured<br>ACCT: 3207<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 461.71 | 40/Unsecured<br>ACCT: 3533<br>COMM: #12 CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMERICAN INFOSOURCE LP<br>PO BOX 51178<br>C/O DIRECTV LLC<br>LOS ANGELES, CA  90051-5478 | 499.39 | 40/Unsecured<br>ACCT: 2209<br>COMM: #13<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FEDERATED ADJ CO<br>7929 N PORT WASHINGTON RD<br>MILWAUKEE, WI  53217-3135 | 0.00 | 40/Unsecured<br>ACCT: 6589<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PREMIER BANKCARD LLC<br>PO BOX 953185<br>C/O JEFERSON CAPITAL SYSTEMS<br>ST LOUIS, MO  63195-3185 | 385.82 | 40/Unsecured<br>ACCT: 1612<br>COMM: #11<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MODERN FINANCE CO<br>10432 PAGE AVE<br>CENTRAL RECORDS SYSTEM<br>ST LOUIS, MO  63132-1228 | 4,697.88 | 40/Unsecured<br>ACCT: 5270<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| RMS<br>PO BOX 280431<br>E HARTFORD, CT  06128-0431 | 0.00 | 40/Unsecured<br>ACCT: 9437<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SENEX SERVICES CORP<br>3333 FOUNDERS RD<br>2ND FL<br>INDIANAPOLIS, IN  46268-4933 | 827.87 | 40/Unsecured<br>ACCT: 9274<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| TEK COLLECT<br>871 PARK ST<br>COLUMBUS, OH  43215 | 0.00 | 40/Unsecured<br>ACCT: 2849<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TIM & TERRI SMITH<br>808 WINTER LAKE CT<br>ST LOUIS, MO  63125-3287 | 2,198.00 | 0/Post-Petition Lease Payment<br>ACCT: 5270<br>COMM: #8 DENIED<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WFFNB RETAIL<br>MAC 4031-080<br>DES MOINES, IA  50309 | 0.00 | 40/Unsecured<br>ACCT: 5270<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WHY NOT LEASE IT<br>1750 ELM ST<br>STE 1200<br>MANCHESTER, NH  03104 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM: REJECTED LEASE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BROTHER LOAN & FINANCE CO<br>1 CAMPBELL PLAZA #1A-NORTH<br>C/O SHER & SHABSIN PC<br>ST LOUIS, MO  63139 | 8,174.45 | 40/Unsecured<br>ACCT: 3127<br>COMM: #4/     W/D<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TIM & TERRI SMITH<br>808 WINTER LAKE CT<br>ST LOUIS, MO  63125-3287 | 0.00 | 9/Pre-Petition Lease Payment<br>ACCT:<br>COMM: 6MO<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON, KS  67504-3023 | 1,474.64 | 40/Unsecured<br>ACCT: X5270<br>COMM: #9/WESTERN SKY FIN<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS  Page 5
CASE NO: **15-46132-659**

|  |  |
|---|---|
|  | /s/ John V. LaBarge, Jr. |
|  | John V. LaBarge, Jr. |
|  | Standing Chapter 13 Trustee |
|  | P.O. Box 430908 |
| Dated: 5/23/2016 | St. Louis, MO  63143 |
|  | (314) 781-8100  Fax: (314) 781-8881 |
| STL_NTCPAYCLM -- BC | trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 05/23/2016.

/s/John V. LaBarge, Jr.
John V. LaBarge, Jr.

Copy Mailed To:

RENEE A REDING
4325 ROBERT AVE
ST LOUIS, MO  63116